AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

ALAN SALEH MORNING
aka "Saleh Karazeh"
DOB:
PDID: (Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __JUNE 29, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__, in Egypt, and elsewhere outside the United States, the defendant did, (Track Statutory Language of Offense) **knowingly and willfully make a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws; and on or about April 2, 2006, did knowingly and willfully make a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws; both**

in violation of Title __18__ United States Code, Section(s) __1542__.

I further state that I am __SPECIAL AGENT JOSHUA K. GREENE__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes  ☐ No

Signature of Complainant
S/A JOSHUA K. GREENE
DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE

Sworn to before me and subscribed in my presence,

_____ at ___Washington, D.C.___
Date                                        City and State

_____      _____
Name & Title of Judicial Officer              Signature of Judicial Officer

## STATEMENT OF FACTS

The defendant, Alan Saleh Morning (aka "Saleh Karazeh") while in Egypt, completed a U.S. passport application known as a DS-11, on or about June 29, 2005, in which he falsely stated that his previous U.S. passport, numbered           was stolen while in Egypt. As a result, passport numbered           was issued to the defendant at the U.S. Embassy in Egypt on August 29, 2005. On June 29, 2007, the defendant entered the United States at JFK International Airport in New York. During a secondary search, officers from Customs and Border Patrol (CBP) located passport numbered           among his personal belongings.

The defendant, while in Egypt, completed a U.S. passport application on or about April 2, 2006, in which he fraudulently omitted any aliases or other names that he has used. Section 17 of the passport application requests "Other Names You Have Used." The defendant left this section blank. Your affiant knows this to be false. Immigration records reflect that the defendant entered the United States on or about July 7, 1971. At that time, his name was Saleh Mohammad Karazeh. On or about August 19, 1974, the defendant legally changed his name to Saleh Med Cherry. On or about February 25, 1977, the defendant legally changed his name to Harry Saleh Cherry Adamson. On or about September 20, 1979, the defendant legally changed his name to Alan Saleh Morning. On June 29, 2007, the defendant, as detailed above, was searched by CBP. The CBP officers located a Syrian passport and a Texas driver's license. Both documents pictured the defendant and were in the name of Saleh Karazeh. The Texas driver's license was issued on August 30, 1999. As a result of this application, U.S. passport numbered           was issued to the defendant on April 12, 2006.

On February 28, 2008, the defendant was stopped by CBP at Chicago O'Hare International Airport. During a secondary search, CBP officers located an apparently valid Syrian passport in the name of Saleh Karazeh. The passport, which pictured the defendant, was issued in 1997 and was due to expire in 2009.

_____
SPECIAL AGENT JOSHUA K. GREENE.
DEPARTMENT OF STATE
DIPLOMATIC SECURITY SERVICE


SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF FEBRUARY, 2008.


_____
U.S. MAGISTRATE JUDGE